UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EILEEN CARRY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:11-cv-0818 |
| | ) | Judge Sharp |
| v. | ) | Magistrate Judge Brown |
| | ) | |
| DAVID LOUIS RAYBIN and | ) | |
| HOLLINS, RAYBIN & WEISMAN, P.C., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On November 3, 2011, the Magistrate Judge entered a Report and Recommendation ("R & R") (Docket Entry No. 16), recommending that Defendants' Motion to Dismiss (Docket Entry No. 14) be granted because Plaintiff's claims are barred by the statute of limitations T.C.A. § 28-3-104(a)(2) and thus, Plaintiff's complaint fails to state a claim upon which relief can be granted. Despite being specifically advised in the R & R that any objections to the recommended disposition needed to be filed within fourteen days, Plaintiff filed no objections.

Having conducted a *de novo* review of the matter in accordance with Fed. R. Civ. P. 72(b), the Court agrees with the Magistrate Judge's recommendations. Accordingly,

(1) The R & R (Docket Entry No. 16) is hereby ACCEPTED and APPROVED;

(2) Defendants' Motion to Dismiss (Docket Entry No. 14) is hereby GRANTED because Plaintiff's complaint fails to state a claim upon which relief can be granted; and

(3) This case is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE